AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES MARK HINKLEY, *Plaintiff* v. SERGEANT KIRK JESSEE, RONALD SHUMATE, RONALD KNIGHT, JILL ANSORGE, NATHAN SHATTO and MARK ALLEN, *Defendant* | ) ) ) ) ) ) Civil Action No.  4:14-CV-5117-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Summary Judgment (ECF No. 59) is GRANTED
Plaintiff's Response and Cross-Motion for Summary Judgment (ECF No. 64) is DENIED.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on motions for Summary Judgment (ECF Nos. 59 and 64)

Date:  April 29, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen